Amy M. Samberg
Nevada Bar No. 10212
Casey G. Perkins
Nevada Bar No. 12063
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asamberg@swlaw.com
Email: cgperkins@swlaw.com

Attorneys for Defendant
COLORADO CASUALTY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARMELA BENEFRAIM, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>COLORADO CASUALTY INSURANCE COMPANY; and DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01006-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff CARMELA BENEFRAIM and Defendant COLORADO CASUALTY INSURANCE COMPANY, through their respective counsel of record, hereby stipulate and agree that this matter shall be dismissed in its entirety, with prejudice. The parties further stipulate and

///
///
///
///
///
///
///
///

agree that each party shall bear their own costs and attorneys' fees.

DATED this ____ day of December, 2013.   DATED this 20 day of December, 2013.

SNELL & WILMER L.L.P.                     BAKER LAW OFFICES

By: _____               By: _____
Amy M. Samberg                            Lloyd W. Baker
Nevada Bar No. 10212                      Nevada Bar No. 6893
Casey G. Perkins                          Ingrid Patin
Nevada Bar No. 12063                      Nevada Bar No. 11239
3883 Howard Hughes Pkwy., Ste. 1100       500 S. Eighth Street
Las Vegas, NV 89169                       Las Vegas, NV 89101

Attorneys for Defendant                   Attorneys for Plaintiff
COLORADO CASUALTY                         CARMELA BENEFRAIM
INSURANCE COMPANY

## ORDER

IT IS SO ORDERED.

**DATED** this 23rd day of December, 2013.

_____
Gloria M. Navarro
United States District Judge

Prepared and Submitted by:
SNELL & WILMER L.L.P.

_____
Amy M. Samberg
Nevada Bar No. 10212
Casey G. Perkins
Nevada Bar No. 12063
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
COLORADO CASUALTY
INSURANCE COMPANY

agree that each party shall bear their own costs and attorneys' fees.

DATED this 20th day of December, 2013.          DATED this ____ day of December, 2013.

SNELL & WILMER L.L.P.                                              BAKER LAW OFFICES

By: _____                                By: _____
Amy M. Samberg                                                         Lloyd W. Baker
Nevada Bar No. 10212                                                Nevada Bar No. 6893
Casey G. Perkins                                                         Ingrid Patin
Nevada Bar No. 12063                                                Nevada Bar No. 11239
3883 Howard Hughes Pkwy., Ste. 1100              500 S. Eighth Street
Las Vegas, NV 89169                                                 Las Vegas, NV 89101

Attorneys for Defendant                                            Attorneys for Plaintiff
COLORADO CASUALTY                                           CARMELA BENEFRAIM
INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

**DATED** this 23rd day of December, 2013.

_____
Gloria M. Navarro
United States District Judge

Prepared and Submitted by:
SNELL & WILMER L.L.P.

_____
Amy M. Samberg
Nevada Bar No. 10212
Casey G. Perkins
Nevada Bar No. 12063
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
COLORADO CASUALTY
INSURANCE COMPANY