Amy M. Samberg
Nevada Bar No. 10212
Casey G. Perkins
Nevada Bar No. 12063
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asamberg@swlaw.com
Email: cgperkins@swlaw.com

Attorneys for Defendant
COLORADO CASUALTY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARMELA BENEFRAIM, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>COLORADO CASUALTY INSURANCE COMPANY; and DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01006-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff CARMELA BENEFRAIM and Defendant COLORADO CASUALTY INSURANCE COMPANY, through their respective counsel of record, hereby stipulate and agree that this matter shall be dismissed in its entirety, with prejudice. The parties further stipulate and

///

///

///

///

///

///

///

///

1 | agree that each party shall bear their own costs and attorneys' fees.

2 | DATED this ____ day of December, 2013.    DATED this 20 day of December, 2013.

3 | SNELL & WILMER L.L.P.                     BAKER LAW OFFICES

By: _____                  By: _____
Amy M. Samberg                              Lloyd W. Baker
Nevada Bar No. 10212                        Nevada Bar No. 6893
Casey G. Perkins                            Ingrid Patin
Nevada Bar No. 12063                        Nevada Bar No. 11239
3883 Howard Hughes Pkwy., Ste. 1100         500 S. Eighth Street
Las Vegas, NV 89169                         Las Vegas, NV 89101

Attorneys for Defendant                     Attorneys for Plaintiff
COLORADO CASUALTY                           CARMELA BENEFRAIM
INSURANCE COMPANY

## ORDER

IT IS SO ORDERED.

**DATED** this 23rd day of December, 2013.

_____
Gloria M. Navarro
United States District Judge

Prepared and Submitted by:
SNELL & WILMER L.L.P.

_____
Amy M. Samberg
Nevada Bar No. 10212
Casey G. Perkins
Nevada Bar No. 12063
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
COLORADO CASUALTY
INSURANCE COMPANY

1 | agree that each party shall bear their own costs and attorneys' fees.

2 | DATED this 20th day of December, 2013.   DATED this ___ day of December, 2013.

3 | SNELL & WILMER L.L.P.   BAKER LAW OFFICES

By: /s/ Amy M. Samberg
Amy M. Samberg
Nevada Bar No. 10212
Casey G. Perkins
Nevada Bar No. 12063
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169

Attorneys for Defendant
COLORADO CASUALTY
INSURANCE COMPANY

By: _____
Lloyd W. Baker
Nevada Bar No. 6893
Ingrid Patin
Nevada Bar No. 11239
500 S. Eighth Street
Las Vegas, NV 89101

Attorneys for Plaintiff
CARMELA BENEFRAIM

## ORDER

IT IS SO ORDERED.

**DATED** this 23rd day of December, 2013.

_____
Gloria M. Navarro
United States District Judge

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s/ Amy M. Samberg
Amy M. Samberg
Nevada Bar No. 10212
Casey G. Perkins
Nevada Bar No. 12063
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
COLORADO CASUALTY
INSURANCE COMPANY